IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| DUSTIN MADDEN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NO. 3:21-cv-00074-BJB |
| EQUIFAX INFORMATION SERVICES LLC, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Dustin Madden, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Equifax Information Services, LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear his/its own fees and costs.

Respectfully submitted this 15th day of September, 2021.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff Dustin Madden*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ David W. Hemminger*
David W. Hemminger
